UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION


MICHAEL HEBENSTREIT, )
)
Plaintiff, )
)
v. ) CASE NO. 1:10-cv-01216-JMS-TAB
)
JOSEPH E. DILLON, )
KYLE SMITH, and )
CITY OF FRANKLIN, )
)
Defendants. )


**ORDER**

On February 14, 2012, Defendants filed a motion to stay depositions and to amend the

Case Management Plan. [Docket No. 54.] The depositions were scheduled to begin on February

16, 2012, so the Court promptly set this matter for a February 16 telephonic status conference to

address the Defendants' motion. The parties appeared by counsel and were given an opportunity

to be heard.

Defendants' motion arises from a settlement conference that was scheduled for February

10, 2012. Due to a death in the family of one of the parties, the Court agreed to reset the

settlement conference to March 28, 2012. Before the case was reset, the parties had planned to

attempt to resolve the case at the February 10 settlement conference and, if not successful,

Plaintiff planned to depose seven Franklin Police Department officers on February 16, 17, and

20. Once the Court vacated the settlement conference, counsel for one of the Defendants sent an

email to all counsel on February 8, 2012, advising everyone that the officers would not appear

for their depositions as scheduled and proposing modifications to the CMP so that the officers could be deposed, if necessary, following the rescheduled settlement conference.

On February 14—nearly a week after the February 8 email and just two days before the officers' depositions had been scheduled to begin—Plaintiff's counsel, Mike Sutherlin, advised opposing counsel for the first time that he would not agree to postpone the depositions and that absent a Court order staying the depositions he would seek sanctions if the witnesses did not appear. [Docket No. 54 at 2.] Defendants filed the instant motion to stay that same day.

As discussed during the February 16 telephonic conference and as noted above, the need to reschedule the settlement conference was necessitated by the death of a family member of one of the parties. Sutherlin's refusal to postpone depositions and his threat of seeking sanctions is wholly misplaced. Defendants reasonably anticipated that moving the settlement conference would result in a corresponding movement of the depositions, so that the parties could continue to concentrate efforts on settlement rather than spending money on multiple depositions. Defendants immediately notified all parties of their intention to proceed in this manner, and Sutherlin failed to timely object or even respond. On the contrary, an attorney from his office discussed with Defendants' counsel an unrelated issue mentioned in Defendants' February 8 email but raised no concern whatsoever about resetting the depositions. Suggesting Defendants' conduct would justify a request for sanctions is inappropriate and falls below the standard of professionalism expected of attorneys practicing before this Court.

That being said, Plaintiff is not required to wait until after the rescheduled settlement conference to complete the disputed depositions. If Plaintiff now believes that obtaining certain depositions may be necessary or perhaps helpful in facilitating settlement discussions, Plaintiff

may schedule these depositions at any mutually convenient time.

As for Defendants' request to modify the CMP deadlines, the Court ordered the parties at the February 16 conference to discuss any CMP changes that may be required by good cause and, hopefully, submit a proposed joint motion to enlarge these deadlines. If the parties cannot agree, the motion should set forth the parties' respective positions. Accordingly, Defendants' motion [Docket No. 54] is granted in part and denied in part.

Dated: 02/16/2012

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Samuel Mark Adams
MICHEAL K. SUTHERLIN AND ASSOCIATES
msutherlin@gmail.com

William W. Barrett
WILLIAMS HEWITT BARRETT & WILKOWSKI LLP
wbarrett@wbwlawyers.com

Rosemary L. Borek
STEPHENSON MOROW & SEMLER
rborek@stephlaw.com

Daniel Joseph Layden
WILLIAMS BARRETT & WILKOWSKI, LLP
dlayden@wbwlawyers.com

Daniel J. Paul
WILLIAMS HEWITT BARRETT & WILKOWSKI LLP
dpaul@wbwlawyers.com

James S. Stephenson
STEPHENSON MOROW & SEMLER
jstephenson@stephlaw.com

Michael K. Sutherlin
MICHAEL K. SUTHERLIN & ASSOCIATES, PC
msutherlin@gmail.com